IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) PLOTE CONSTRUCTION, INC. and ) MARKI ALTMAN, ) ) Defendants. ) | Case no.: 1:18-cv-01699 Judge John Robert Blakey Mag. Judge Maria Valdez |

## VOLUNTARY DISMISSAL OF MARKI ALTMAN

Plaintiff The Cincinnati Insurance Company ("Cincinnati"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses without prejudice, Marki Altman <u>only</u> as a Defendant in this lawsuit.

1. Cincinnati is the only party to have filed an appearance in this matter.

2. No Defendant has filed or served an answer or motion for summary judgment.

3. Marki Altman has stipulated to be bound to the final determination in this lawsuit as evidenced by the stipulation attached as Exhibit A.

4. This lawsuit will continue against Defendant Plote Construction, Inc.

Dated: September 10, 2018                THE CINCINNATI INSURANCE COMPANY


                                         By: /s/ Michael P. Baniak


                                         Hope G. Nightingale (6184864)
                                         Michael P. Baniak (6299036)

                    Litchfield Cavo LLP
                    303 W. Madison Street, Suite 300
                    Chicago, IL  60606
                    Phone: 312-781-6614 (Nightingale)
                    Phone: 312-781-6596 (Baniak)
                    Email: nightingale@litchfieldcavo.com
                    Email: baniak@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, I electronically filed the foregoing ***Voluntary Dismissal of Marki Altman*** with the Clerk of the Court using the CM/ECF system which will provide notice and service of same on all counsel of record. I further hereby certify that I provided a copy of the foregoing ***Voluntary Dismissal of Marki Altman*** to the following recipients via email at the addresses indicated below:

Michael D. Johnson
Attorney at Law
203 North LaSalle St.
Suite 2100
Chicago, IL, 60601
312-726-8883
mdj@mdj4law.com
*Counsel for Defendant Marki Altman*

Thomas Boylan
Yaro Melnyk
Cassiday Schade LLP
222 W. Adams St. #2900
Chicago, IL 60606
(312) 641-3100
tboylan@cassiday.com
ymelnyk@cassiday.com
*Counsel for Defendant Plote Construction, Inc.*